# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1800

_____

Dexter Lee Nash,                              *
                                              *
            Appellant,                        *
                                              *   Appeal from the United States
      v.                                      *   District Court for the
                                              *   Eastern District of Arkansas.
- Cobbs, Mrs., Parole Officer, East           *
Arkansas Regional Unit, ADC; Greg             *   [UNPUBLISHED]
Harmon, Warden, East Arkansas                 *
Regional Unit, ADC; Wheatly, Mrs.,            *
Assistant Warden, East Arkansas               *
Regional Unit, ADC; Outlaw,                   *
Assistant Warden, East Arkansas               *
Regional Unit, ADC; Winfrey, Mr.,             *
Parole Officer, East Arkansas Regional        *
Unit, ADC,                                    *
                                              *
            Appellees.                        *

_____

Submitted: October 12, 2009
    Filed: November 4, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Dexter Lee Nash appeals the district court's[1] dismissal without prejudice of his 42 U.S.C. § 1983 action. Upon de novo review, see Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam), we agree with the district court that dismissal was proper because Nash failed to state a section 1983 claim. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.